

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00767-CV

The **HEIRS OF ANDRES GARCIA** and Francisca Menchaca; and
Carolina Allen Saenz,
Appellants

v.

Atlee M. **PARR**; Los Orcones Ranch Ltd., by and through its general partner, Los Orcones
Ranch Management LLC; and Atlee Parr, as Independent Executor of the Estate of Hilda Parr,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-09-325
The Honorable J. Bonner Dorsey[1], Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

It is ORDERED that appellees, Atlee M. Parr, Los Orcones Ranch Ltd., and Atlee Parr, as
Independent Executor of the Estate of Hilda Parr, recover their costs of this appeal from appellants,
The Heirs of Andres Garcia and Francesca Menchaca, and Carolina Allen Saenz.

SIGNED August 13, 2014.

_____
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.